| | |
|---|---|
| 1 | **DAVID M. MICHAEL, SBN 74031**<br>Law Offices of David M. Michael |
| 2 | The DeMartini Historical Landmark Building<br>294 Page Street |
| 3 | San Francisco, CA 94102<br>Telephone: (415) 621-4500 |
| 4 | Facsimile: (415) 621-4173 |
| 5 | **EAN VIZZI, SBN 209444**<br>Pier 5 Law Offices |
| 6 | 506 Broadway Street<br>San Francisco, CA 94133 |
| 7 | Telephone: (415) 986-5591<br>Facsimile: (415) 421-1331 |
| 8 | |
| 9 | **Attorneys for Claimant**<br>**RICHARD WONG** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY $556,311.78 IN NET PROCEEDS FROM THE SALE OF A 2004 PORSCHE 911 TURBO, VIN WPOAB299X4S685145,

    Defendant.
_____/
RICHARD WONG,

    Claimant.
_____/

**No. C 06 1946 SI**

**STIPULATION AND [PROPOSED] ORDER STAYING THE INSTANT ACTION**

IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant Richard Wong, through undersigned counsel, that this action be stayed pursuant to 21 U.S.C. § 881(j) (enacted under the Civil Asset Forfeiture Reform Act Statutes or "CAFRA" on August 23, 2000). Claimant Richard Wong is currently awaiting trial in this Court in <u>United States v. Enrique Chan, et al.</u>

(CR 05-0375 SI). The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in the pending criminal action. Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve claimant's right against self-incrimination in the related criminal matter, as well as to not jeopardize the government's ability to prosecute the criminal action. The parties thus request that matter be stayed pending resolution of the related criminal matter and that any pending deadlines or assigned dates also be stayed and vacated until the resolution of the related criminal case.

      Upon the resolution of the criminal case, the parties will notify the Court so that the forfeiture matter may be set for further status. Alternatively, should the Court wish to set the matter for status at this time, the parties request that the matter be set for status in approximately 6 months.

DATED: 05/15/2006                  DATED: 05/15/2006

_____/S/_____        _____/S/_____

STEPHANIE M. HINDS               DAVID M. MICHAEL

Assistant United States Attorney        Attorney for Claimant Richard Wong

      IT IS HEREBY ORDERED:

      Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal prosecution of claimant Richard Wong. The matter is continued until _____ for status.

DATED:                            _____

                                   SUSAN ILLSTON

                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER STAYING THE INSTANT ACTION
CASE NO. C 06 1946 SI