JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6816
    Facsimile: (415) 436-6748
    Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1843 14th AVENUE, SAN FRANCISCO, CALIFORNIA,<br><br>    Defendant. | No. 05-2611 SI |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $56,311.78 IN NET PROCEEDS FROM THE SALE OF A 2004 PORSCHE 911 TURBO, VIN WPOAB299X4S685145,<br><br>    Defendant. | SETTLEMENT STIPULATION AND [PROPOSED] ORDER OF FORFEITURE<br><br>No. C 06-1946 SI |

1  Plaintiff, United States of America, and Claimants Richard Wong, Frank Wong and Salina Wong, in
2  full settlement of all issues directly and indirectly related to the two captioned actions and the seizure,
3  detention, sale and/or forfeiture of the following property (collectively hereinafter referred to as "subject
4  property"):

    a. the real property and improvements located at 1843 14th Avenue, San Francisco, California and subsequent sale proceeds (defendant real property); and

    b. $56,311.78 in net proceeds from the sale of a 2004 Porsche 911 Turbo, VIN WP0AB299X4S685145, registered to Richard Wong (defendant proceeds).

hereby stipulate and agree as follows:

(1) On June 16, 2005, a Federal Grand Jury for the Northern District of California returned a three count indictment charging Richard Wong with conspiracy to cultivate, to possess with intent to distribute marijuana and methylenedioxymethamphetamine hydrochloride, in violation of Title 21, United States Code, Section 846, and conspiracy to engage in money laundering, in violation of Title 18, United States Code, Section 1956(h).

(2) On June 27, 2005, plaintiff filed a civil action seeking forfeiture against the defendant real property and improvements at 1843 14th Avenue, San Francisco, California, in which Richard Wong resided, on the ground that the defendant real property was subject to forfeiture, pursuant to Title 21, United States Code, Section 881(a)(7), as property used to facilitate the cultivation of marijuana. Additionally, plaintiff sought forfeiture of the defendant real property on the ground that it represents property involved in or traceable to a money laundering transactions and subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A).

(3) On August 11, 2005, claimants Richard Wong, Frank Wong, Salina Wong and Yu Wai Mei each filed claims asserting an interest in the defendant real property. The government is in the process of moving to dismiss and/or strike the claim filed by Yu Wai Mei for failure to defend.

(4) Per stipulation of the parties, on March 8, 2006, the Court authorized the interlocutory sale of the defendant real property and the substitution of the net proceeds of that sale as the defendant property in that action. Pursuant to that sale, the defendant property was sold and netted proceeds in the amount of $685,367.

1   (5) Claimants Richard Wong (himself) and Frank Wong and Salina Wong (by and through
2   the executor of their estate, Patricia Wong) consent to the forfeiture of $540,367 of the net proceeds from
3   the sale of the defendant real property to the United States without further notice to them. Each claimant
4   agrees that sufficient evidence exits for the forfeiture of said property pursuant to Title 21, United States
5   Code, Sections 881(a)(7) and Title 18, United States Code, Section 981(a)(1).
6   (6) The balance of the net proceeds from the sale of the defendant real property – $145,000,+ *interest on*
7   shall be returned to claimant Frank Wong (or his estate), by and through his attorney, David M. Michael, *this amt (SH)*
8   whose business address is 101 California Street, Suite 2450, San Francisco, California 94111. Said
9   payment to Frank Wong shall be in full settlement of all claims on behalf of Frank Wong and Salina Wong
10  have to the captioned defendant real property and all claims resulting from the incidents or circumstances
11  giving rise to this lawsuit.
12  (7) On March 14, 2006, plaintiff filed a civil action seeking forfeiture against the defendant
13  $56,311.78 in net proceeds from the sale of a 2004 Porsche 911 Turbo, on the ground that the defendant
14  $56,311.78 in net proceeds represent funds derived from drug proceeds in violation of Title 21, United
15  States Code, Sections 841(a) and 846 and thus subject to forfeiture under Title 21, United States Code,
16  Section 881(a)(6). The defendant $56,311.78 also represents property involved in or traceable to a money
17  laundering transactions and subject to forfeiture pursuant to Title 18, United States Code, Section
18  981(a)(1)(A). The registered owner of the 2004 Porsche 911 Turbo was Richard Wong.
19  (8) Claimant Richard Wong is the sole claimant to the defendant $56,311.78 from the sale of
20  the Porsche.
21  (9) Claimant Richard Wong consents to the forfeiture of the entire defendant $56,311.78 in
22  net proceeds to the United States without further notice to him. Claimant Richard Wong agrees that
23  sufficient evidence exits for the forfeiture of said property pursuant to Title 21, United States Code,
24  Sections 881(a)(6) and Title 18, United States Code, Section 981(a)(1).
25  (10) Claimants Richard Wong, Frank Wong and Salina Wong shall hold harmless the United
26  States of America, the Internal Revenue Service, the Drug Enforcement Administration, and all agents,
27  officers and employees thereof, including any and all state and local law enforcement officers, for any and
28  all acts directly or indirectly related to the seizure, detention and forfeiture of the subject property.

(11) Each party shall bear its own attorneys fees and costs.

(12) This agreement is contingent on the Court's entry of an order dismissing and/or striking Yu Wai Mei's claim and entering the proposed order of forfeiture below.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 11/30/09

STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 11-24-09

DAVID M. MICHAEL
Counsel for Claimants Richard Wong, Frank Wong, Salina Wong and [Yu Wai Mei]

Dated: 11-24-09

RICHARD WONG, Claimant

Dated: 11-20-09

Frank Wong, Claimant
By his Executor, Patricia Wong

Dated: 11-20-09

Salina Wong, Claimant
By her Executor, Patricia Wong

1 **[PROPOSED] FINAL ORDER OF FORFEITURE**

2  Based upon the above stipulation, all pleadings filed herein, the Court finds, by a preponderance of
3 the evidence, that there is sufficient evidence to support the seizure and forfeiture of the following real and
4 personal property (hereafter "subject property") as property which facilitated the cultivation of marijuana
5 and thus forfeitable under Title 21, United States Code, Section 881(a)(7), property derived from and
6 traceable to drug proceeds and thus forfeitable under Title 21, United States Code, Sections 881(a)(6), or
7 involved in and traceable to money laundering offenses, and thus forfeitable under Title 18, United States
8 Code, Sections 981(a)(1) and 982(a)(1):

9  a.  real property and improvements located at 1843 14th Avenue, San Francisco,
10      California and subsequent sale proceeds (defendant real property); and
11  b.  $56,311.78 in net proceeds from the sale of a 2004 Porsche 911 Turbo, VIN
12      WPOAB299X4S685145, registered to Richard Wong (defendant proceeds)

13  Accordingly, IT IS HEREBY ORDERED that $540,367 of the net proceeds from the sale of the
14 defendant real property shall be and hereby is forfeited to the United States without further notice to
15 claimants Richard Wong, Frank Wong, Salina Wong and Yu Wai Mai.

16  IT IS FURTHER ORDERED that the balance of the net proceeds from the sale of the defendant
17 real property – $145,000, [+ interest on this amt. SI] shall be returned to claimant Frank Wong, by and through his attorney, David
18 M. Michael, whose business address is 101 California Street, Suite 2450, San Francisco, California
19 94111.

20  IT IS FURTHER ORDERED that the entire defendant $56,311.78 in net proceeds to the United
21 States shall be and hereby is forfeited to the United States without further notice to any claimants.

22  IT IS FURTHER ORDERED that Claimants Richard Wong, Frank Wong and Salina Wong shall
23 hold harmless the United States of America, the Internal Revenue Service, the Drug Enforcement
24 Administration, and all agents, officers and employees thereof, including any and all state and local law
25 enforcement officers, for any and all acts directly or indirectly related to the seizure, detention and
26 forfeiture of the subject property;

27

28 //

IT IS FURTHER ORDERED that all right, title and interest in the property ordered forfeited is hereby vested in the United States of America. The United States shall dispose of the forfeited property according to law.

IT IS SO ORDERED.

DATED: 12/1/09

*[signature]*
SUSAN ILLSTON
United States District Judge